UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHAEL GEDDRICK,<br><br>          Plaintiff,<br><br>vs.<br><br>E. G. FLORES, et al.,<br><br>          Defendants.<br>_____/ | 1:04-cv-05360-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13)<br><br>**ORDER DISMISSING ACTION** |

   Plaintiff, Christopher Michael Geddrick ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On April 26, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within eleven (11) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed April 26, 2007,
8  are ADOPTED IN FULL; and,
9  2.  This action is DISMISSED for plaintiff's failure to
10 obey the court's order of January 12, 2007, and for failure to
11 state a claim upon which relief may be granted.
12 IT IS SO ORDERED.

**Dated:   June 13, 2007**            /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE

2